IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUELINE C. FJELLIN, AND for and as Trustee of the Leonard Van Liew Living Trust; and JAMES J. VAN LIEW, for and as Trustee of the Leonard Van Liew Living Trust;<br><br>Plaintiffs,<br><br>vs.<br><br>MARVIN PENNING, individually; MARY PENNING, individually; MYRON KAPLAN, AND individually; and MCGILL GOTSDINER WORKMAN & LEPP, P.C., L.L.O.,<br><br>Defendants. | 8:14CV77<br><br>**ORDER** |

The Parties conferred and filed a Joint Motion for the Extension of Discovery Deadlines, (filing no. 51).

IT IS ORDERED that the discovery deadlines are extended as follows:

1) A telephonic conference with the undersigned magistrate judge will be held on April 15, 2016 at **10:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

2) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    February 16, 2016.

    For the defendant(s):    March 16, 2016.

3) The deposition deadline is March 31, 2016.

4) The deadline for filing motions to dismiss and motions for summary judgment is April 22, 2016.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is April 22, 2016

December 8, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge