IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUELINE C. FJELLIN, AND for and as Trustee of the Leonard Van Liew Living Trust; and JAMES J. VAN LIEW, for and as Trustee of the Leonard Van Liew Living Trust;<br><br>Plaintiffs,<br><br>vs.<br><br>MARVIN PENNING, individually; MARY PENNING, individually; MYRON KAPLAN, AND individually; and MCGILL GOTSDINER WORKMAN & LEPP, P.C., L.L.O.,<br><br>Defendants. | 8:14CV77<br><br>AMENDED PROGRESSION ORDER |

On February 12, 2016, parties filed a joint motion for extension of certain deadlines. (Filing No. 54).

IT IS ORDERED that the amended progression order is as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on October 24, 2016, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on October 11, 2016 at **1:00 p.m.**, and will be conducted by WebEx conferencing. A separate order will be filed with the instructions and codes for participating in the pretrial conference by WebEx. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on October 7, 2016.

3) A telephonic conference with the undersigned magistrate judge will be held on June 21, 2016 at **10:30 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, [Fed. R. Civ. P. 26(a)(2)(B)](#), and non-retained experts, [Fed. R. Civ. P. 26(a)(2)(C)](#)), are:

    For the plaintiff(s):    April 1, 2016.

    For the defendant(s):    May 2, 2016.

5) The deposition deadline is June 15, 2016.

6) The deadline for filing motions to dismiss and motions for summary judgment is July 15, 2016.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 15, 2016.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

February 18, 2016.

                      BY THE COURT:

                      *s/ Cheryl R. Zwart*
                      United States Magistrate Judge